UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


MATTHEW B. CRAMER,                    ) 1:08-cv-01693-OWW-SMS
                                      )
                    Plaintiff,        ) NOTICE OF ERRATUM RE: ORDER
                                      ) DISMISSING COMPLAINT WITH LEAVE
        v.                            ) TO AMEND (DOC. 5)
                                      )
TARGET CORPORATION, et al.,           )
                                      )
                    Defendants.       )
                                      )
_____)


    Plaintiff is a state prisoner proceeding pro se with an
action for damages and other relief concerning alleged civil
rights violations. The matter has been referred to the Magistrate
Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and
72-304.

    It has come to the Court's attention that page 10 of its
order dismissing the complaint with leave to amend has a clerical
error at line 14 in the form of a footnote indication ("1") that
should be omitted because no footnote was intended.

  IT IS SO ORDERED.

**Dated:    December 17, 2008**          **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

1