UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>            Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION, et al.,<br><br>            Defendants. | 1:08-cv-01693-OWW-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS SOME CLAIMS WITHOUT LEAVE TO AMEND, FIND A COGNIZABLE CLAIM STATED AGAINST SOME DEFENDANTS, AND DIRECT THE CLERK, PLAINTIFF, AND THE MARSHAL TO PARTICIPATE IN SERVICE OF THE COMPLAINT (DOCS. 1, 11) |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On May 4, 2009, the Magistrate Judge filed findings and a recommendation that 1) Plaintiff's claims for wrongful arrest, detention, accusation, or conviction be dismissed without leave to amend; and 2) the Court find that Plaintiff states a cognizable claim against Defendants Heller, Yant, Barrios, and Defendant Doe (supervisor), and that service be determined to be

1  appropriate on Defendants Michael J. Yant, Eric Heller, and
2  Tulare Police Officer Greg Barrios; and 3) the Clerk be directed
3  to forward to Plaintiff appropriate service documents and, upon
4  their return by Plaintiff, to forward them to the Marshal; and 4)
5  Plaintiff be directed to complete and return to the Clerk
6  appropriate service documents within thirty days; and 5) the
7  Marshal be directed to serve the complaint when appropriate
8  service documents are submitted to the Court and forwarded by the
9  Clerk to the Marshal.

10  The findings and recommendations were served by mail on
11  Plaintiff on May 21, 2009. The service documents were served
12  prematurely on Plaintiff, and Plaintiff returned them to the
13  Clerk; staff's note of May 22, 2009, reflects that pending a
14  ruling by the District Judge on the findings and recommendations,
15  the service documents were placed in a designated area in
16  Operations. **The Court anticipates that on the filing of this**
17  **order, the Clerk will first refer to the retained service**
18  **documents in connection with the directions stated below**, **and**
19  **will forward further service documents to the Plaintiff only if**
20  **the retained documents are insufficient**.

21  Plaintiff filed timely objections to the findings and
22  recommendations on May 26, 2009.

23  The undersigned has considered the objections and has
24  determined there is no need to modify the findings and
25  recommendations based on the points raised in the objections.

26  In accordance with the provisions of 28 U.S.C. § 636
27  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
28  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*

2

review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2009, are ADOPTED IN FULL; and

2. Plaintiff's claims for wrongful arrest, detention, accusation, and conviction ARE DISMISSED WITHOUT LEAVE TO AMEND; and

3. Plaintiff states a cognizable claim against Defendants Heller, Yant, Barrios, and Defendant Doe (supervisor), and service IS APPROPRIATE on the following defendants: Michael J. Yant; Eric Heller; and Tulare Police Officer Greg Barrios;[1] and

4. Unless the service documents presently being retained in Operations are sufficient in form and content for immediate forwarding to the Marshal, the Clerk of the Court IS DIRECTED to send Plaintiff three USM-285 forms, three summons, an instruction sheet, a notice of submission of documents form, and one copy of the first amended complaint filed in this Court on February 17, 2009; once sufficient and appropriate service documents are submitted by Plaintiff to the Court, the Clerk SHALL FORWARD THEM TO THE MARSHAL; and

5) If service documents are forwarded to Plaintiff, then

---

[1] The United States Marshal cannot initiate service of process on unknown defendants. Therefore, the court will send plaintiff the appropriate service documents at such time that plaintiff ascertains that identities of Doe defendants. Plaintiff may amend the complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure once the identity of defendants is known through discovery or other means. Merritt v. Los Angeles, 875 F.2d 765, 768 (9th Cir. 1989); see Swartz v. Gold Dust Casino, Inc., 91 F.R.D. 543, 547 (D. Nev. 1981).

3

1  within thirty days from the date of service of this order,
2  Plaintiff IS DIRECTED TO COMPLETE the Notice of Submission of
3  Documents and submit the completed Notice to the Court with the
4  following documents:
5              a. Completed summons;
6              b.  One completed USM-285 form for each defendant
7                 listed above; and
8              c. Four copies of the endorsed complaint filed in
9                 this Court;
10     Plaintiff need not attempt service on defendants and need
11 not request waiver of service; and
12     6) When appropriate service documents are submitted to the
13 Court and forwarded to the Marshal, the United States Marshal
14 SHALL SERVE the complaint; and
15     7) Plaintiff IS INFORMED that **Plaintiff's failure to**
16 **comply with the order will result in a recommendation to dismiss**
17 **this action for failure to obey this Court's order. Local Rule**
18 **11-110.**
19
20 IT IS SO ORDERED.
21 **Dated:   June 5, 2009**                                **/s/ Oliver W.**
                         **Wanger**
22           UNITED STATES DISTRICT JUDGE