1

2

3

4

5

**FILED**

OCT 1 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  MATTHEW B. CRAMER, | ) 1:08-cv-01693-OWW-SMS |
| 11                    Plaintiff, | ) ORDER DETERMINING THAT SERVICE IS |
| | ) APPROPRIATE ON DEFENDANT CLEVON |
| 12 | ) WHEATON, PREVIOUSLY DESIGNATED AS |
|     v. | ) DEFENDANT JOHN DOE (DOC. 17) |
| 13 | ) |
|   TARGET CORPORATION, et al., | ) DIRECTIONS TO THE CLERK AND |
| 14 | ) PLAINTIFF CONCERNING SERVICE |
|           Defendants. | ) DOCUMENTS |
| 15 | ) |
| _____ | ) DIRECTIONS TO THE MARSHAL |
| 16 | CONCERNING SERVICE |

17

18

DIRECTIONS TO THE CLERK TO RETURN
PLAINTIFF'S PROPOSED ORDER OF
SERVICE

19

20

21

22

23

24

25

26

27

28

    Plaintiff is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    The Court has previously ordered service of the complaint on

1 several Defendants. Plaintiff has now ascertained that the name
2 of the defendant named as Defendant John Doe or Defendant 4 in
3 the first amended complaint is Clevon Wheaton, and Plaintiff
4 seeks to have service effected on said Defendant.

5 Therefore, the Court will order service of the complaint on
6 said Defendant.

7 Further, the Court has received from Plaintiff what is
8 entitled an order of service, but it appears to be a proposed
9 order of service. In view of the fact that the Court is issuing
10 its own service order, Plaintiff's proposed order will not be
11 used, and the Clerk will be directed to return the order to
12 Plaintiff.

13 Accordingly, this Court ORDERS that:

14 1. Service IS APPROPRIATE for the defendant
15 initially named as John Doe and subsequently identified
16 as Clevon Wheaton;  and

17 2. The Clerk of the Court SHALL SEND to Plaintiff
18 one USM-285 form, one summons, a Notice of Submission of
19 Documents, an instruction sheet and a copy of the first
20 amended complaint filed on February 17, 2009; and

21 3. No later than thirty (30) days after the date of
22 service of this order, Plaintiff shall complete the
23 attached Notice of Submission of Documents and submit the
24 completed Notice of Submission of Documents to the Court
25 with the following documents:

26 a.   One completed summons;

27 b.   One completed USM-285 form for the
28 defendant noted above; and

       c.   Two copies of the endorsed first amended complaint filed on February 17, 2009; and

    4.   Plaintiff need not attempt service on Defendant and need not request waiver of service; and

    5.   Upon receipt of the above-described documents, the Clerk SHALL FORWARD them to the United States Marshal to serve the Defendant pursuant to Fed. R. Civ. P. 4 without payment of costs; and

    6. Upon receipt of the documents from the Clerk, the United States Marshal SHALL SERVE the aforementioned Defendant; and

    7. The Clerk SHALL RETURN to Plaintiff the order of service of the first amended complaint received from Plaintiff on or about October 8, 2009; and

    8.  **Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action under this Court's Local Rule 11-110.**

IT IS SO ORDERED.

DATED:  Oct. 19, 2009

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE