```
UNITED STATES DISTRICT COURT

       EASTERN DISTRICT OF CALIFORNIA


MATTHEW B. CRAMER,            ) 1:08-cv-01693-OWW-SMS
                              )
            Plaintiff,        ) ORDER DENYING PLAINTIFF'S MOTION
                              ) TO NAME PARTY PREVIOUSLY
                              ) DESIGNATED AS A DOE AND TO DIRECT
       v.                     ) SERVICE ON SUCH PARTY (Doc. 26)
                              )
TARGET CORPORATION, et al.,   )
                              )
            Defendants.       )
                              )
_____)
```

Plaintiff is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On October 20, 2009, the Court determined that it was appropriate to name Clevon Wheaton (previously designated as a "John Doe" defendant) as a defendant and to direct service upon Wheaton. On October 21, 2009, Plaintiff filed another motion for the same relief concerning Clevon Wheaton (Doc. 26).

Accordingly, Plaintiff's motion for an order to serve Clevon
/////

1

Wheaton as a party previously designated as a John Doe defendant, filed on October 21, 2009, IS DENIED as moot.

IT IS SO ORDERED.

**Dated:     October 22, 2009**                     **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE