# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MATTHEW B. CRAMER,

              Plaintiff,

     v.

TARGET CORPORATION, et al.,

              Defendants.
_____/

CASE NO. 1:08-cv-01693-OWW-SMS

ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS

(Doc. 59)

     Plaintiff Matthew Cramer is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, arising from his injuries inflicted during his detention for shoplifting by store security personnel and local police. On February 23, 2010, Defendant Greg Barrios filed a motion to dismiss.

     This Court finds Defendant Barrios's motion suitable for decision without oral argument or a hearing pursuant to Local Rule 230(g). Accordingly, the hearing set for April 19, 2010, at 10:00 a.m. before Hon. Oliver W. Wanger is hereby VACATED.

IT IS SO ORDERED.

**Dated:    March 29, 2010**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE