# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER, | CASE NO. 1:08-cv-01693-OWW-SMS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR TRANSPORT AS MOOT |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendants. | (Doc. 64) |

_____/

Plaintiff Matthew Cramer is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, arising from his injuries inflicted during his detention for shoplifting by store security personnel and local police. On March 15, 2010, Plaintiff moved for an order for transport to a hearing before Hon. Oliver W. Wanger, then scheduled for April 19, 2010.  Because the scheduled hearing has been vacated, Plaintiff's motion for transport is moot.

Accordingly, this Court hereby DENIES Plaintiff's motion as moot.


IT IS SO ORDERED.

**Dated:    March 29, 2010**          _____**/s/ Sandra M. Snyder**_____
                                                             UNITED STATES MAGISTRATE JUDGE