# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>           Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION, et al.,<br><br>           Defendants.<br>_____/ | CASE NO.   1:08-cv-01693-OWW-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANT BARRIOS' MOTION TO DISMISS BE DENIED**<br><br>**Docket Nos. 59, 82** |

On June 3, 2010, the Magistrate Judge issued Findings and Recommendations that Defendant Barrios' Motion to Dismiss be DENIED. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within twenty (20) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 3, 2010, are ADOPTED IN FULL; and

2. Defendant Barrios' Motion to Dismiss is DENIED.

IT IS SO ORDERED.

**Dated:   July 1, 2010**                             /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE