# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.　1:08-cv-01693-OWW-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION BE DENIED**<br><br>**Docket Nos. 67, 83** |

   On June 3, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for a Preliminary Injunction be DENIED. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within thirty (30) days after service of the order. Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations on June 17, 2010.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 3, 2010, are ADOPTED IN FULL; and

2. Plaintiff's Motion for Preliminary Injunction is DENIED.

IT IS SO ORDERED.

**Dated:   July 13, 2010**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE