1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11   MATTHEW B. CRAMER,                          CASE NO. 1:08-cv-01693-OWW-SKO

12                      Plaintiff,               **ORDER DIRECTING U.S. MARSHAL
                                                 TO SERVE THE FIRST AMENDED**
13         v.                                    **COMPLAINT ON MICHAEL YANT**

14
     TARGET CORPORATION et al.,
15
                      Defendants.
16
     _____/
17

18         On May 4, 2009, the Court determined that service was appropriate on Defendant Michael

19   Yant.  Plaintiff was unable to ascertain the location of Defendant Yant so that he could be served.

20   On May 27, 2010, Plaintiff filed a motion that the Court construed as a motion for the issuance of

21   a subpoena duces tecum to Target Corporation to produce the last known address of its former

22   employee Michael Yant.  Target Corporation has complied with the subpoena.

23         Accordingly, IT IS HEREBY ORDERED THAT:

24   1.    The Clerk of the Court:

25         (a)   Complete a summons and a USM-285 form as to Michael Yant.  ***See* Doc.**

26               **111**; and

27         (b)   Forward the summons, USM-285 form, and two copies of the First Amended

28               Complaint to the U.S. Marshal.

2.      The U.S. Marshal SHALL SERVE the First Amended Complaint and summons on Michael Yant.

3.      THE RETURNED SUMMONS SHALL BE FILED **UNDER SEAL**.

IT IS SO ORDERED.

**Dated:   August 6, 2010**                          /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE

2